**Order entered February 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00927-CR
### No. 05-12-00928-CR

**STEVEN ROCHA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F12-55213-P, F10-58318-P

## ORDER

The Court **GRANTS** court reporter Lisabeth Kellett's January 29, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Kellett to file the reporter's record within **TEN DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE